TRIPLE CITIES CONSTRUCTION Co., a Copartnership, Respondent, v. DAN-BAR CONTRACTING CO. INC., Defendant, and MARYLAND CASUALTY COMPANY, Appellant.— Order resettled by striking from the second question certified the following language: "although the language of the statute limiting the obligation was not expressly recited in the bond". Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ. [See *ante*, p. 909.]

JOSEPH PETNEL, Appellant, v. AMERICAN TELEPHONE & TELEGRAPH COMPANY et al., Respondents.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals, denied, without costs. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ. [See 284 App. Div. 1094.]

## (March 17, 1955.)

In the Matter of the Claim of RICHARD T. WARBOYS, Respondent, against KRAFT FOODS Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument granted. Counsel should address themselves particularly to these questions: (a) whether the acceptance in satisfaction of a lien for compensation payments by the carrier of proceeds of a settlement of a third-party action alone will constitute an estoppel to rely on a refusal to give written consent to such settlement; and (b) whether the participation of the carrier in the negotiations for settlement in this case and the later acceptance of the proceeds of the settlement in full satisfaction of its lien accrued to that time, together estop the carrier from relying on a refusal to give a written consent to such settlement. Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ. [See 284 App. Div. 1090.]